UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    EDITH WILLIAMS  
    LAVELL WILLIAMS  
        Debtor(s)

Case No. 07-15959

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/31/2007.

2) The plan was confirmed on 12/17/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/04/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/04/2008, 11/19/2009, 11/20/2009.

5) The case was converted on 01/12/2010.

6) Number of months from filing to last payment: 27.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $38,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $21,293.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $21,293.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $164.25 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,124.59 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,288.84

Attorney fees paid and disclosed by debtor:   $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A1 RESTORATION | Unsecured | 12,362.97 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Secured | 22,070.92 | 10,568.58 | 10,568.58 | 6,540.24 | 8,404.32 |
| APPLIED CARD BANK | Unsecured | 3,289.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 763.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 2,831.00 | 2,831.72 | 2,831.72 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,279.00 | 1,279.50 | 1,279.50 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 968.00 | 968.56 | 968.56 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 491.00 | 495.86 | 495.86 | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 105.08 | NA | NA | 0.00 | 0.00 |
| ATHLETICO LTD | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| B REAL LLC | Unsecured | 973.00 | 973.66 | 973.66 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,458.00 | 1,458.85 | 1,458.85 | 0.00 | 0.00 |
| BOUDREAU & ASSOC | Unsecured | 881.77 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Secured | 3,675.00 | 3,675.00 | 3,675.00 | 2,134.68 | 477.05 |
| CARMAX AUTO FINANCE | Secured | 3,022.00 | 3,022.00 | 3,022.00 | 2,072.80 | 375.07 |
| CARMAX AUTO FINANCE | Unsecured | NA | 102.24 | 102.24 | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | NA | 39.99 | 39.99 | 0.00 | 0.00 |
| CB ACCOUNTS INC | Unsecured | 938.12 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 116.00 | 116.65 | 116.65 | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 2,088.76 | 2,088.76 | 2,088.76 | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 42.89 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 4,901.00 | 4,901.46 | 4,901.46 | 0.00 | 0.00 |
| FREEDMAN ANSELMO LINDBERG RA | Unsecured | 2,842.48 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| IL BONE & JOINT INSTITUTE | Unsecured | 406.58 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICE | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF JAMES A WEST | Unsecured | 1,416.50 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MOTION MEDICAL TECHNOLOGY | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| MRI ARLINGTON HTS | Unsecured | 565.47 | 565.47 | 565.47 | 0.00 | 0.00 |
| NATIONWIDE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 779.77 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSP | Unsecured | 938.12 | 2,257.74 | 2,257.74 | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY ASSOC | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUB ANESTHESIOLOGI | Unsecured | 286.45 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,170.84 | 2,170.84 | 2,170.84 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 1,623.43 | 1,623.43 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 450.00 | 400.17 | 400.17 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 722.00 | 722.35 | 722.35 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 3,389.08 | 3,289.08 | 3,289.08 | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 1,520.00 | NA | NA | 0.00 | 0.00 |
| VALENTINE & KEBARTAS | Unsecured | 107.34 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 1,970.18 | NA | NA | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING | Unsecured | 12,468.05 | 12,468.05 | 12,468.05 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,088.76 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,265.58 | $10,747.72 | $9,256.44 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,354.34** | **$10,747.72** | **$9,256.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,665.62** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,288.84 |
| Disbursements to Creditors | $20,004.16 |
| **TOTAL DISBURSEMENTS** : | **$21,293.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/10/2010      By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**